IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHARLES E DELONG
      DEBORAH J DELONG
      22338 SYCAMORE RD
      MT VERNON, OH  43050

Case No: 10-58017

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on July 02, 2010.
The plan was confirmed on October 28, 2010.
The Case was concluded on October 21, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION. THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:    23,876.02

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 5.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Caring Solutions Inc<br>00006    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CARMEL FINANCIAL CORP<br>00007    CLAIM WITHDRAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| CES CREDIT UNION<br>10001    DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| CES CREDIT UNION<br>00001    SECURED-506 | 3,750.00 | 3,750.00 | 317.58 | 0.00 |
| CHARLES E DELONG<br>00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Adjustments Inc<br>00008    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DEBORAH J DELONG<br>00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC<br>00005    UNSECURED | 5.10 | 0.00 | 0.00 | 5.10 |
| ECMC<br>00009    UNSECURED | 87.72 | 0.00 | 0.00 | 87.72 |
| INTERNAL REVENUE SERVICE<br>00014    UNSECURED | 138.13 | 0.00 | 0.00 | 138.13 |
| INTERNAL REVENUE SERVICE<br>00013    SECURED | 214.66 | 214.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00002    PRIORITY | 15,455.89 | 14,959.64 | 0.00 | 496.25 |
| Knox Community Hospital<br>00010    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 10-58017    CHARLES E DELONG and DEBORAH J DELONG

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| KNOX COUNTY TREASURER 00003   PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| Licking Memorial Hospital 00011   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00012   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00004   UNSECURED | 191.34 | 0.00 | 0.00 | 191.34 |
| Debtor refund to be issued upon the approval of the Final Report and Account | 250.00 | 250.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 3,964.66 | 15,455.89 | 8,445.83 | 0.00 | 250.00 | 28,116.38 |
| PRIN PAID | 3,964.66 | 14,959.64 | 0.00 | 0.00 | 250.00 | 19,174.30 |
| INT PAID | 317.58 | 0.00 | 0.00 | 0.00 | | 317.58 |
| | | | | | TOTAL PAID: | 19,491.88 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY TIMOTHY M COOPER ESQ | ALLOWED 3,400.00 | TOTAL PAID 3,400.00 |
|---|---|---|

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 978.59 | 0.00 | 5.55 | 984.14 |

Dated: 11/04/2014

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CHARLES E DELONG  
       DEBORAH J DELONG  
       22338 SYCAMORE RD  
       MT VERNON, OH  43050

Case No: 10-58017

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555